ELLEN F. ROSENBLUM
Attorney General
TRACY ICKES WHITE  #904127
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Tracy.I.White@doj.oregon.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ANNA FEIGUM,<br><br>      Plaintiff,<br><br>      v.<br><br>OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>      Defendant. | Case No.  3:22-cv-01855-JR<br><br>NOTICE OF SETTLEMENT |

Page 1 -   NOTICE OF SETTLEMENT
      TIW/rrc/967521258

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

Pursuant to ORS 17.095, the State notifies the court that this action has been settled pursuant to the terms of a Settlement Agreement and Release, a copy of which is attached as Exhibit 1.

DATED July  11 , 2024.

                                                    Respectfully submitted,

                                                  ELLEN F. ROSENBLUM
                                                  Attorney General

                                                  *s/ Tracy Ickes White*
                                                  TRACY ICKES WHITE #904127
                                                  Senior Assistant Attorney General
                                                  Trial Attorney
                                                  Tel (503) 947-4700
                                                  Fax (503) 947-4791
                                                  Tracy.I.White@doj.oregon.gov
                                                  Of Attorneys for Defendant

Page 2 -    NOTICE OF SETTLEMENT
        TIW/rrc/967521258

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791