ELLEN F. ROSENBLUM
Attorney General
TRACY ICKES WHITE  #904127
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Tracy.I.White@doj.oregon.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ANNA FEIGUM,<br><br>    Plaintiff,<br><br>    v.<br><br>OREGON DEPARTMENT OF HUMAN SERVICES,<br><br>    Defendant. | Case No.  3:22-cv-01855-JR<br><br>STIPULATED DISMISSAL |

Pursuant to the parties' settlement and Notice of Settlement (ECF 29), the parties hereby stipulate to dismissal of the pending action with prejudice and without fees or costs to any party pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

 *s/ Chey K. Powelson*  
CHEYENNE POWELSON, OSB #035512  
Attorney for Plaintiff

DATED this   29th   day of July, 2024.

 *s/ Tracy Ickes White*  
TRACY ICKES WHITE, OSB #904127  
Senior Assistant Attorney General  
Attorney for Defendant

DATED this   29th   day of July, 2024.

Page 1 -   STIPULATED DISMISSAL
    TIW/rrc/967521261

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## CERTIFICATE OF READINESS

This proposed **STIPULATED DISMISSAL** is ready for judicial signature because:

1.     [ ]    Each party affected by this order or judgment has stipulated to the order or judgment, as shown by each opposing party's signature on the document being submitted.

2.     [X]    Each party affected by this order or judgment has approved the order or judgment, as shown by each party's signature on the document being submitted or by written confirmation of approval sent to me.

3.     [ ]    I have served a copy of this order or judgment on each party entitled to service and:

    a.     [ ]    No objection has been served on me.

    b.     [ ]    I received objections that I could not resolve with a party despite reasonable efforts to do so. I have filed a copy of the objections I received and indicated which objections remain unresolved.

    c.     [ ]    After conferring about objections, [role and name of objecting party] agreed to independently file any remaining objection.

4.     [ ]    Service is not required pursuant to subsection (3) of this rule, or by statute, rule, or otherwise.

DATED this 29th day of July, 2024.

                                        *s/ Tracy Ickes White*
                                        TRACY ICKES WHITE #904127
                                        Senior Assistant Attorney General
                                        Trial Attorney
                                        Tel (503) 947-4700
                                        Fax (503) 947-4791
                                        Tracy.I.White@doj.oregon.gov
                                        Attorneys for Defendant

Page 1 -  CERTIFICATE OF READINESS
        TIW/rrc/969389700

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## CERTIFICATE OF SERVICE

I certify that on July  29 , 2024, I served the foregoing STIPULATED DISMISSAL upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Cheyenne Powelson<br>10121 SE Sunnyside Rd. Ste. 300<br>Clackamas, OR 97015<br>    *Attorney for Plaintiff* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>_X_ E-MAIL<br>___ E-SERVE |

    *s/ Tracy Ickes White*
TRACY ICKES WHITE #904127
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
Tracy.I.White@doj.oregon.gov
Of Attorneys for Defendant

Page 1 -   CERTIFICATE OF SERVICE
           TIW/rrc/661599307

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791