IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANNA FEIGUM,

                    Plaintiff(s),

     v.

OREGON DEPARTMENT OF HUMAN SERVICES,

                    Defendant(s).

Civil No. 3:22-cv-01855-JR

**ORDER OF DISMISSAL**

Based on the parties' Stipulated Dismissal [30],

IT IS ORDERED that this action is DISMISSED with prejudice and without fees or costs to any party. Pending motions, if any, are DENIED AS MOOT.

Dated this 29th day of July, 2024.

                                         by    /s/ Jolie A. Russo
                                                Jolie A. Russo
                                                United States Magistrate Judge